UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON CAZARES,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TAREK NASSIF, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-00232-AWI-SAB (PC)<br><br>ORDER FOR DEFENDANT COLEMAN TO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON LITIGATION COORDINATOR AT PLEASANT VALLEY STATE PRISON |

　　　Plaintiff Simon Cazares is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　This action is proceeding on the first amended complaint filed on April 20, 2010, against defendants Tarek Nassif and D. Coleman for deliberate indifference to a serious medical need. On December 10, 2012, a waiver of the summons was returned executed as to Defendant Coleman. (ECF No. 21.) However, Defendant Coleman has not filed a response to the first amended complaint.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Defendant Coleman shall file a response to the first amended complaint, filed on April 20, 2010; and

2. <u>The Clerk of Court is directed to serve a copy of this order on the Litigation Coordinator at Pleasant Valley State Prison</u>.

IT IS SO ORDERED.

Dated: **October 11, 2013**

UNITED STATES MAGISTRATE JUDGE