UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON CAZARES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAREK NASSIF, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-00232-AWI-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER ISSUED NOVEMBER 22, 2013, TO DEFENDANT NASSIF TAREK<br><br>[ECF Nos. 34, 35] |

Plaintiff Simon Cazares is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Nassif and Coleman for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On May 13, 2013, Defendant Nassif filed a motion to dismiss the complaint for failure to exhaust the administrative remedies.  The motion was denied on November 20, 2013.

On November 12, 2013, Defendant Coleman filed an answer to the complaint, and a discovery and scheduling order was issued on November 22, 2013.

On December 4, 2013, Defendant Nassif filed an answer to the complaint.

///

///

///

1

In light of the fact that the discovery and scheduling order was issued prior to the filing of Defendant Nassif's answer, Defendant Nassif is advised that the discovery and scheduling order issued November 20, 2013, is extended and made applicable to him as well as Defendant Coleman.

IT IS SO ORDERED.

Dated:   **December 5, 2013**

UNITED STATES MAGISTRATE JUDGE