UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON CAZARES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NASSIF TAREK, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-00232-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING SUMMARY JUDGMENT MOTION IN FAVOR OF DEFENDANT TAREK NASSIF, AND ENTER JUDGMENT IN FAVOR OF DEFENDANT NASSIF ONLY<br><br>[ECF No. 40] |

　　　　Plaintiff Simon Cazares is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On March 27, 2014, Defendant Tarek Nassif filed a motion for summary judgment. On May 21, 2014, the Magistrate Judge issued a Findings and Recommendation recommending to grant summary judgment in favor of Defendant Tarek Nassif. The Findings and Recommendation contained notice that objections were to filed within twenty days. No objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　　The Findings and Recommendations, filed on May 21, 2014, is adopted in full;

///

1

    2.       Defendant Nassif's motion for summary is GRANTED; and

    3.       Judgment shall be entered in favor of Defendant Nassif only.

IT IS SO ORDERED.

Dated:   September 4, 2014              _____
                                                      SENIOR  DISTRICT  JUDGE